JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Yigal Mesika, | ) | Case No. **CV 09-1580-JFW (SSx)** |
| | ) | |
| Plaintiff, | ) | **ORDER DISMISSING CIVIL ACTION** |
| | ) | |
| v. | ) | |
| | ) | |
| Sean Bogunia, in | ) | |
| individual, Rebecca | ) | |
| Bogunia, an individual, | ) | |
| and Sean Bogunia's | ) | |
| Ultimate Magic | ) | |
| Productions, LLC, a | ) | |
| Michigan limited | ) | |
| liability company, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

As a result of the settlement of this action,

IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within **60 days**, to re-open the action for the sole purpose of enforcing the settlement.  During this 60 day period, this Court retains full jurisdiction over this action which shall include deciding the parties' Cross Motions for Attorney Fees.

(Rev. 2/15/08)

1    In the event a motion or *ex parte* application to re-open

2 is not filed within 60 days, the dismissal of this action

3 will be with prejudice.

4

5 Dated: April 2, 2010

6                                                JOHN F. WALTER
                                                United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28