**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No.: CV 09-1580 JFW (SSx)                                    Date: April 2, 2010

Title:   YIGAL MESIKA V. SEAN BOGUNIA ET AL

**PRESENT:  HONORABLE PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

| **Karen Park** | **Not Reported** |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**Attorneys Present for Plaintiff:**          **Attorneys Present for Defendants:**
Tracy Wells                                                 Arthur Evry
Michael Holmes

   **PROCEEDINGS:**          SETTLEMENT CONFERENCE

   A settlement conference is held.  Settlement is reached.  The parties are referred to U.S. District Judge Walter to put the settlement on the record.

   IT IS SO ORDERED.


   cc: District Judge Walter


                                                                                    Time:   02:27
                                                                                    Preparer: KPA