Tracy Wells, Esq. (SBN: 251469)
WELLS LAW
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Phone: 888-700-1237
Fax: 424-203-3033
Email: wellslegal@gmail.com

*Attorney for Plaintiff* YIGAL MESIKA

*Lodged Proposed Order*

FILED 2010 APR 23 AM 10:55 CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIGAL MESIKA, an individual<br><br>Plaintiff,<br><br>v.<br><br>SEAN BOGUNIA, an individual;<br>REBECA BOGUNIA, an individual;<br>SEAN BOGUNIA'S ULTIMATE<br>MAGIC PRODUCTIONS, LLC and<br>DOES 1-9, inclusive,<br><br>Defendants. | CASE NO. cv09-1580 JFW (SSx)<br><br>PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO FILE UNDER SEAL EXHIBIT "F" TO THE DECLARATION OF TRACY L. WELLS<br><br>Assigned for all purposes to:<br>HON. JOHN F. WALTER |

**BY FAX**

Pursuant to Local Rule 79-5.1 and the Agreed Protective Order ("Protective Order") entered by the Court on July 16, 2009, Plaintiff Yigal Mesika ("Plaintiff,") by and through the undersigned counsel, move for leave to file under seal Exhibit "F",

3

("Confidential Exhibit") attached to the Declaration of Tracy L. Wells, filed in support of Plaintiff's Motion for Attorney Fees and Costs in the above-captioned matter.

In support of this Motion, Plaintiff states as follows:

1. Paragraph 5 *et seq.* of the Protective Order entered in this case governs the Designation of Protected Material and states in pertinent part:

> **5.2 Manner and Timing of Designations.** "[m]aterial that qualifies for protection under this Order must be clearly so designated before the material is disclosed or produced.
>
> **Designation in conformity with this Order requires:**
>
> (a) For information in documentary form (apart from transcriptions or other pretrial or trial proceedings), that the Producing Party affix the legend "CONFIDENTIAL" or "[HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" on each page that contains protected material.

In compliance with the above, Plaintiff has clearly so designated each page of the protected material and additionally will seal the protected material in an envelope, upon which shall be endorsed the caption of this action and a statement substantially in the following form:

**CONFIDENTIAL**

**This envelope contains documents that are subject to a Stipulation and Protective Order Governing Confideltial Material entered by the Court in this action. This**

**envelope shall neither be opened nor the contents revealed except by Order of the Court.**

Plaintiff agrees to follow in an expeditious manner any additional procedures imposed by the Court, including Local Rule 79-5.1 of the Local Rules of Practice for the United States District Court for the Central District of California as a prerequisite to filing any document under seal. If the Court declines to allow the material to remain under seal, the materials shall not be unsealed until at least 10 days notice has been to the producing party to allow for the retrieval of any designated information prior to any papers being unsealed.

2. As the Confidential Exhibit contains and/or refer to information that is "Confidential Attorneys' Eyes Only" (Prosecution Bar) or "Confidential Attorneys' Eyes Only" under the Protective Order, Plaintiff seeks permission to file the Confidential Exhibit under seal.

3. The Confidential Exhibit contains sensitive and valuable financial and trade secret information relating, among other things, Plaintiff's attorney fees, confidential business information, as well as sensitive and valuable financial and proprietary information regarding Plaintiff's patented inventions. Because this information is confidential by operation of the Protective Order, Plaintiff seeks permission to file the Confidential Exhibit under seal. Failing to file the Confidential Exhibit under seal may risk the disclosure of confidential financial and trade secret information, would violate the Protective Order and potentially would cause competitive harm.

4. Plaintiff has sent copies of the Confidential Exhibit to opposing counsel. *In-camera* copies of the same will be sent to the Court as well.

5. . In compliance with Local Rule 79-5.1 of the Rules of this Court and the Stipulated Protective Order in this case, Plaintiff has attached a proposed Order along with Plaintiffs' Motion to Seal.

6. Plaintiff requests that the Court retain sealed materials until forty-five (45) days after a final order is entered and request that unless the case is appealed that any sealed materials be returned to counsel for the filing parties.

**WHEREFORE**, based on the foregoing, Plaintiff respectfully requests this Motion be GRANTED and that the Confidential Exhibit be filed under seal as set forth in the Proposed Order attached as Exhibit "1".

Respectfully submitted April 22, 2010,                    WELLS LAW

                                                /S/ TRACY WELLS
                                                _____
                                                Tracy Wells
                                                Attorney for Plaintiff, YIGAL MESIKA

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to: